**KYLE A. STURM, Oregon State Bar ID Number 080214**
Internet E-mail address:  ksturm@balljanik.com
**BALL JANIK LLP**
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone:  (503) 228-2525
Facsimile:  (503) 295-1058
Attorneys for Plaintiff Banette Properties, LLC

**WILLIAM G. EARLE, Oregon State Bar ID Number  831859**
Internet E-mail address:  wearle@davisrothwell.com
**CHRISTOPHER M. PARKER, Oregon State Bar ID Number 104776**
Internet E-mail address:  cparker@davisrothwell.com
**DAVIS ROTHWELL EARLE & XOCHIHUA P.C.**
200 Southwest Market Street, Suite 1800
Portland, Oregon 97201-5745
Telephone:  (503) 222-4422
Facsimile:  (503) 222-4428

Attorneys for Defendant AMCO Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **BANETTE PROPERTIES, LLC,** an Oregon limited liability company,<br><br>      Plaintiff,<br><br> v.<br><br>**AMCO INSURANCE COMPANY,**  a foreign company,<br><br>      Defendant. | No. 3:15-cv-01344-PK<br><br>**STIPULATED MOTION FOR DISMISSAL** |

Page 1 -   STIPULATED MOTION FOR DISMISSAL
L:\58\JEFE, INC\Pld\Stipulated Motion for Dismissal.wpd

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
200 Southwest Market Street, Suite 1800
Portland, Oregon 97201-5745
Telephone (503) 222-4422 • Facsimile (503) 222-4428

COME NOW counsel for plaintiff Banette Properties, LLC, and defendant AMCO Insurance Company and, having advised the Court that the underlying case has settled, hereby moves the Court for an order dismissing this case, with prejudice and without costs to either party, pursuant to Federal Rule of Civil Procedure 41-1(c).

DATED this sixth day of July 2016.

**BALL JANIK LLP**

By   s/ Kyle A. Sturm*
    **KYLE A. STURM, OSB # 080214**
    (503) 228-2525
    Attorneys for Plaintiff Banette Properties, LLC

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**

By   s/ William G. Earle
    **WILLIAM G. EARLE, OSB # 831859**
    **CHRISTOPHER M. PARKER, OSB #104776**
    (503) 222-4422
    Attorneys for Defendant AMCO Insurance Company

* = Denotes signed by authorization pursuant to LR 11-1(d)(2).

Page 2 -   STIPULATED MOTION FOR DISMISSAL
L:\58\JEFE, INC\Pld\Stipulated Motion for Dismissal.wpd

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
200 Southwest Market Street, Suite 1800
Portland, Oregon 97201-5745
Telephone (503) 222-4422 • Facsimile (503) 222-4428