IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BANETTE PROPERTIES LLC, | Civil No. 03:15-cv-01344-PK |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL** |
| AMCO INSURANCE COMPANY, | |
| Defendant(s). | |

IT IS ORDERED that the parties' Stipulated Motion for Dismissal [21] is GRANTED and this action is DISMISSED with prejudice and without costs to either party. Pending motions, if any, are DENIED AS MOOT.

Dated this 8th day of July, 2016.

by _____
Paul Papak
United States Magistrate Judge